FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES BRADLEY RIENHARDT, | No. 10-99000 |
| Petitioner - Appellant, | D.C. No. 4:03-CV-00290-DCB |
| v. | District of Arizona, Tucson |
| CHARLES RYAN, | |
| Respondent - Appellee. | ORDER |

Before: RAWLINSON and IKUTA, Circuit Judges

Appellant's opposed motion for a limited remand is granted as follows.

(1) The district court on limited remand shall reconsider, in light of intervening law, Claims A(1)-(5), A(7)-(16), B(2), B(4)-(6), B(8), and C(2). *See* District Court's September 28, 2005 Order; *cf. Martinez v. Ryan*, 132 S.Ct. 1309 (2012); *Dickens v. Ryan*, 740 F.3d 1302 (9th Cir. 2014) (en banc); *Detrich v. Ryan*, 740 F.3d 1237 (9th Cir. 2013) (en banc); *see also Woods v. Sinclair*, 764 F.3d 1109, 1138 n.16 (9th Cir. 2014); *Nguyen v. Curry*, 736 F.3d 1287 (9th Cir. 2013).

(2) The district court on limited remand also shall consider whether intervening law warrants reconsideration of Claims A(6), B(1), B(3), B(7), and C(1). *Cf. Dickens*, 740 F.3d at 1302; *see also Woods*, 764 F.3d at 1138 n.16.

(3) On limited remand, the district court also shall consider in light of

intervening law whether expansion of the record and leave to amend the petition are warranted as to Petitioner's recently exhausted claims. *Cf. Nguyen*, 736 F.3d at 1287; *see also Schwartzmiller v. Gardner*, 752 F.2d 1341, 1344 (9th Cir. 1984) (even if claim was not exhausted at time petition was filed in district court, exhaustion is satisfied if claim is presented to the state's highest court before this court decides the appeal).

Within 10 days after the district court enters its final order on limited remand, the parties shall file simultaneous status reports in this Court or move, consistently with the rules, for other appropriate relief.

Proceedings in this Court are stayed pending further order.