|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | FILED<br><br>JAN 6 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CHARLES BRADLEY RIENHARDT,<br><br>          Petitioner-Appellant,<br><br> v.<br><br>CHARLES RYAN,<br><br>          Respondent-Appellee. | No. 10-99000<br><br>D.C. No. 4:03-CV-00290-DCB<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

This case has returned to this Court following limited remand. The Clerk will strike the previously filed briefs (Docket Entry Nos. 23, 33, 39). The Replacement Opening Brief is due June 8, 2022. The Replacement Answering Brief is due August 10, 2022. The Replacement Reply Brief is due within 21 days after service of the Replacement Answering Brief.